AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Conal O'Rourke | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   5:14-cv-04637-PSG |
| Comcast Corporation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Conal O'Rourke                                                                                                                .

Date:   11/17/2014

/s/ John-Paul S. Deol
*Attorney's signature*

John-Paul S. Deol, CA Bar No. 284893
*Printed name and bar number*
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108

*Address*

jpdeol@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*