Thomas R. Burke (CA State Bar No. 141930)
*thomasburke@dwt.com*
John D. Seiver (Admitted pro hac vice)
*johnseiver@dwt.com*
Deborah A. Adler (CA State Bar No. 209525)
*deborahadler@dwt.com*
Sanjay M. Nangia (CA State Bar No. 264986)
*sanjaynangia@dwt.com*
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599

Attorneys for Defendants Comcast Corporation and Lawrence Salva



IT IS SO ORDERED
Judge Edward J. Davila
Dated: 12/16/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONAL O'ROURKE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, a Pennsylvania Corporation; LAWRENCE SALVA, an individual; and DOES 1-20, unknown individuals;<br><br>Defendants. | Case No. **5:14-cv-04637-EJD**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[Civ. L.R. 6-1(a)]** |

WHEREAS, on October 16, 2014, Plaintiff Conal O'Rourke ("Plaintiff") filed a Complaint against Defendants Comcast Corporation ("Comcast"), Lawrence Salva ("Salva"), and DOES 1-20 ("Does") (collectively, "Defendants");

WHEREAS, Defendants were served on different days;

WHEREAS, Plaintiff and Defendants stipulated, and the Court ordered, to extend the deadline for Comcast and Salva to answer, move, or otherwise respond to Plaintiff's Complaint up to and including December 15, 2014; and

WHEREAS, Defendant Salva contends that this Court lacks personal jurisdiction and that the filing of this stipulation does not in any way amount to consent to jurisdiction or waive his right to object to jurisdiction in this Court;

WHEREAS, Plaintiff and Defendants are working toward an early settlement conference with a magistrate judge;

NOW THEREFORE, Plaintiff and Defendants HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended by 30 days, up to and including January 14, 2015.

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

3. The filing of this stipulation does not in any way amount to Defendant Salva's consent to jurisdiction or waive his right to object to jurisdiction in this Court.

IT IS SO STIPULATED.

DATED: December 15, 2014                DAVIS WRIGHT TREMAINE LLP

By:   /s/ Thomas R. Burke

Thomas R. Burke (CA State Bar No. 141930)
*thomasburke@dwt.com*
John D. Seiver (Admitted pro hac vice)
*johnseiver@dwt.com*
Deborah Adler (CA State Bar No. 209525)
*deborahadler@dwt.com*
Sanjay M. Nangia (CA State Bar No. 264986)
*sanjaynangia@dwt.com*
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599

*Attorneys for Defendants Comcast Corporation and Lawrence Salva*

DATED: December 15, 2014                DHILLON LAW GROUP INC.

By:         /s/ Harmeet K. Dhillon

Harmeet K. Dhillon (CA State Bar No. 207873)
*Harmeet@dhillonlaw.com*
Krista L. Baughman (CA State Bar No. 264600)

*kbaughman@dhillonlaw.com*
John-Paul S. Deol (CA State Bar No. 284893)
*jpdeol@dhillonlaw.com*
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone:  (415) 433-1700
Facsimile:  (415) 520-6593

Attorneys for Plaintiff Conal O'Rourke

## ATTESTATION

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

     /s/ Thomas R. Burke
     Thomas R. Burke

# PROOF OF SERVICE

I, Natasha Majorko, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of the County of San Francisco, California, and my business address is: DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533

On December 15, 2014, I caused to be served the following document(s):

- **STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Harmeet K. Dhillon (CA State Bar No. 207873)
Krista L. Baughman (CA State Bar No. 264600)
John-Paul S. Deol (CA State Bar No. 284893)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone:     (415) 433-1700
Facsimile:     (415) 520-6593
harmeet@dhillonlaw.com
mryan@dhillonlaw.com
kbaughman@dhillonlaw.com

*Attorneys for Plaintiff Conal O'Rourke*

☒ (By **ELECTRONIC SERVICE VIA CM/ECF SYSTEM**) In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☐ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

☐ (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2.306.  The facsimile machine I used complied with Rule 2.301 and no error was reported by the machine.  The transmitting facsimile machine number is (619) 615-0700.  The fax number of the party being served is listed above.  Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (By **OVERNIGHT DELIVERY**) I deposited in a box or other facility regularly maintained by the express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope or package with delivery fees paid or provided for, and addressed on whom it is to be served pursuant to Code of Civil Procedure section 10 13(c).

☐ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the email addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

    Executed December 15, 2014, at San Francisco, California.

                                            /s/ Natasha Majorko
                                              Natasha Majorko

DAVIS WRIGHT TREMAINE LLP