Thomas R. Burke (CA State Bar No. 141930)
*thomasburke@dwt.com*
John D. Seiver (Admitted pro hac vice)
*johnseiver@dwt.com*
Deborah A. Adler (CA State Bar No. 209525)
*deborahadler@dwt.com*
Sanjay M. Nangia (CA State Bar No. 264986)
*sanjaynangia@dwt.com*
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendants Comcast Corporation and Lawrence Salva




**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONAL O'ROURKE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, a Pennsylvania Corporation; LAWRENCE SALVA, an individual; and DOES 1-20, unknown individuals;<br><br>Defendants. | Case No. **5:14-cv-04637-EJD**<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br><br>**[Civ. L.R. 6-2]** |

WHEREAS, on October 16, 2014, Plaintiff Conal O'Rourke ("Plaintiff") filed a Complaint against Defendants Comcast Corporation ("Comcast"), Lawrence Salva ("Salva"), and DOES 1-20 ("Does") (collectively, "Defendants");

WHEREAS, Defendants were served on different days;

WHEREAS, on January 7, 2015, the Court granted the parties' request to refer the case to Magistrate Judge Paul S. Grewal for an early settlement conference, which is now scheduled for March 25, 2015;

WHEREAS, Plaintiff and Defendants stipulated, and on January 14, 2015, the Court ordered, to extend the deadline for Comcast and Salva to answer, move, or otherwise respond to



DAVIS WRIGHT TREMAINE LLP

Plaintiff's Complaint up to and including 10 days after the conclusion of the early settlement conference, which is April 3, 2015;

WHEREAS, there is a Case Management Conference currently scheduled for March 5, 2015, which requires the parties to meet and confer, agree upon a joint discovery plan, and attend the Conference, approximately three weeks in advance of the early settlement conference;

WHEREAS, Defendant Salva contends that this Court lacks personal jurisdiction and that the filing of this stipulated request does not in any way amount to consent to jurisdiction or waive his right to object to jurisdiction in this Court;

NOW THEREFORE, Plaintiff and Defendants HEREBY STIPULATE AND REQUEST AS FOLLOWS:

1. The Case Management Conference is continued to April 23, 2015 in the event that the parties do not resolve this matter at the settlement conference; and

2. The filing of this stipulation does not in any way amount to Defendant Salva's consent to jurisdiction or waive his right to object to jurisdiction in this Court.

3. Joint Case Management Conference statement due April 16, 2015.

IT IS SO STIPULATED.

DATED: February 10, 2015

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke

Thomas R. Burke (CA State Bar No. 141930)
*thomasburke@dwt.com*
John D. Seiver (Admitted pro hac vice)
*johnseiver@dwt.com*
Deborah Adler (CA State Bar No. 209525)
*deborahadler@dwt.com*
Sanjay M. Nangia (CA State Bar No. 264986)
*sanjaynangia@dwt.com*
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

*Attorneys for Defendants Comcast Corporation and Lawrence Salva*

DATED: February 10, 2015

DHILLON LAW GROUP INC.

By: /s/ Harmeet K. Dhillon

Harmeet K. Dhillon (CA State Bar No. 207873)
*Harmeet@dhillonlaw.com*
Krista L. Baughman (CA State Bar No. 264600)
*kbaughman@dhillonlaw.com*
John-Paul S. Deol (CA State Bar No. 284893)
*jpdeol@dhillonlaw.com*
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff Conal O'Rourke

ATTESTATION

I, Deborah A. Adler, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Deborah A. Adler
Deborah A. Adler

**PROOF OF SERVICE**

I, Natasha Majorko, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of the County of San Francisco, California, and my business address is: DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533

On February 10, 2015, I caused to be served the following document(s):

- **STIPULATED REQUEST FOR AN ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Harmeet K. Dhillon (CA State Bar No. 207873)
Krista L. Baughman (CA State Bar No. 264600)
John-Paul S. Deol (CA State Bar No. 284893)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
harmeet@dhillonlaw.com
mryan@dhillonlaw.com
kbaughman@dhillonlaw.com

*Attorneys for Plaintiff Conal O'Rourke*

☑ (By **ELECTRONIC SERVICE VIA CM/ECF SYSTEM**) In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☐ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

DAVIS WRIGHT TREMAINE LLP

☐ (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2.306. The facsimile machine I used complied with Rule 2.301 and no error was reported by the machine. The transmitting facsimile machine number is (619) 615-0700. The fax number of the party being served is listed above. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (By **OVERNIGHT DELIVERY**) I deposited in a box or other facility regularly maintained by the express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope or package with delivery fees paid or provided for, and addressed on whom it is to be served pursuant to Code of Civil Procedure section 10 13(c).

☐ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed February 10, 2015, at San Francisco, California.

*/s/ Natasha Majorko*
Natasha Majorko