1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  KRISTA L. BAUGHMAN (SBN: 264600)
   kbaughman@dhillonlaw.com
3  JOHN-PAUL S. DEOL (SBN: 284893)
   jpdeol@dhillonlaw.com
4  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
5  San Francisco, California 94108
   Telephone: (415) 433-1700
6  Facsimile: (415) 520-6593

7

8  Attorneys for Plaintiff Conal O'Rourke

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| CONAL O'ROURKE, an individual; | Case Number: 5:14-cv-04637-EJD |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| COMCAST CORPORATION, a Pennsylvania Corporation; LAWRENCE SALVA, an individual; and DOES 1-20, individuals; | *Original Complaint Filed: 10/16/2014*<br>*First Amended Complaint Filed: 3/27/2015* |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Conal O'Rourke voluntarily dismisses without prejudice the above-entitled action against Comcast Corporation and Lawrence Salva (collectively, "Defendants"). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.



1

Notice of Voluntary Dismissal without Prejudice                Case No. 5:14-cv-04637-EJD

1
2   Date:  April 7, 2015                    Respectfully submitted,
3                                           DHILLON LAW GROUP INC.
4
5                               By:    /s/ Krista L. Baughman
                                       Harmeet K. Dhillon
6                                      Krista L. Baughman
                                       John-Paul S. Deol
7                                      Attorneys for Plaintiff Conal O'Rourke
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# PROOF OF SERVICE

I, Krista L. Baughman, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of the County of San Francisco, California, and my business address is: DHILLON LAW GROUP INC., and my business address is 177 Post Street, Suite 700, San Francisco, California 94108.

On April 7, 2015, I caused to be served the following document(s): **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Thomas R. Burke (CA State Bar No. 141930)
*thomasburke@dwt.com*
John D. Seiver (Admitted pro hac vice)
*johnseiver@dwt.com*
Deborah Adler (CA State Bar No. 209525)
*deborahadler@dwt.com*
Sanjay M. Nangia (CA State Bar No. 264986)
*sanjaynangia@dwt.com*
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
*Attorneys for Defendants Comcast Corporation and Lawrence Salva*

☑    (By **ELECTRONIC SERVICE VIA CM/ECF SYSTEM**) In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

Executed April 7, 2015, at San Francisco, California

　　　　　　　　　　　　　　　　　　   /s/ Krista L. Baughman
　　　　　　　　　　　　　　　　　　Krista L. Baughman

