1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  KRISTA L. BAUGHMAN (SBN: 264600)
   kbaughman@dhillonlaw.com
3  JOHN-PAUL S. DEOL (SBN: 284893)
   jpdeol@dhillonlaw.com
4  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
5  San Francisco, California 94108
   Telephone: (415) 433-1700
6  Facsimile: (415) 520-6593

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 4/8/2015

8  Attorneys for Plaintiff Conal O'Rourke

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CONAL O'ROURKE, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION, a Pennsylvania Corporation; LAWRENCE SALVA, an individual; and DOES 1-20, individuals;<br><br>    Defendants. | Case Number:  5:14-cv-04637-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>*Original Complaint Filed: 10/16/2014*<br>*First Amended Complaint Filed:  3/27/2015* |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Conal O'Rourke voluntarily dismisses without prejudice the above-entitled action against Comcast Corporation and Lawrence Salva (collectively, "Defendants"). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

The Clerk shall close this file.



1

2  Date: April 7, 2015              Respectfully submitted,

3                                    DHILLON LAW GROUP INC.

4

5                       By:   /s/ Krista L. Baughman
                              Harmeet K. Dhillon
6                             Krista L. Baughman
                              John-Paul S. Deol
7                             Attorneys for Plaintiff Conal O'Rourke

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Notice of Voluntary Dismissal without Prejudice                    Case No. 5:14-cv-04637-EJD

# PROOF OF SERVICE

I, Krista L. Baughman, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of the County of San Francisco, California, and my business address is: DHILLON LAW GROUP INC., and my business address is 177 Post Street, Suite 700, San Francisco, California 94108.

On April 7, 2015, I caused to be served the following document(s): **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Thomas R. Burke (CA State Bar No. 141930)
*thomasburke@dwt.com*
John D. Seiver (Admitted pro hac vice)
*johnseiver@dwt.com*
Deborah Adler (CA State Bar No. 209525)
*deborahadler@dwt.com*
Sanjay M. Nangia (CA State Bar No. 264986)
*sanjaynangia@dwt.com*
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
*Attorneys for Defendants Comcast Corporation and Lawrence Salva*

☑   (By **ELECTRONIC SERVICE VIA CM/ECF SYSTEM**) In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

Executed April 7, 2015, at San Francisco, California

                                                  /s/ Krista L. Baughman
                                                  Krista L. Baughman

